No. 75–6904.   MARTIN v. UNITED STATES.   C. A. 9th Cir. Certiorari dismissed August 2, 1976, under this Court's Rule 60.

No. 75–1896.   RING v. WADDINGTON, DIRECTOR OF MOTOR VEHICLES OF NEW JERSEY, ET AL.   Super. Ct. N. J.   Certiorari dismissed August 4, 1976, under this Court's Rule 60.

No. 75–1751.   PEARLMAN v. UNITED STATES.   C. A. 8th Cir. Certiorari dismissed August 17, 1976, under this Court's Rule 60.

No. 76–5194.   DAVIS v. BREWER, WARDEN.   C. A. 8th Cir. Certiorari dismissed September 7, 1976, under this Court's Rule 60.

No.,76–328.   GRUNER ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO.   Ct. App. Cal., 5th App. Dist. Certiorari dismissed September 27, 1976, under this Court's Rule 60.

No. 75–6914.   MAYES v. PICKETT.   C. A. 9th Cir.   Certiorari dismissed September 27, 1976, under this Court's Rule 60.

OCTOBER 4, 1976

No. 75–1489.   BALZAC BROS., INC. v. WARING PRODUCTS DIVISION, DYNAMICS COMPANY OF AMERICA, ET AL.   Affirmed on appeal from D. C. P. R.

No. 75–1490.   ZIVIAK, ADMINISTRATOR v. UNITED STATES. Affirmed on appeal from D. C. Mass.

No. 75–1768.   WARD v. BOARD OF EXAMINERS OF ENGINEERS, ARCHITECTS AND SURVEYORS OF PUERTO RICO ET AL. Affirmed on appeal from D. C. P. R.